## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 11civ6046                                              Purchased/Filed: August 28, 2011
STATE OF NEW YORK        UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT

*Mohammed A Tipoo*                              Plaintiff

against

*Cohen & Slamowitz, LLP*                        Defendant

STATE OF NEW YORK       SS.:
COUNTY OF ALBANY

_____ Heather Morigerato _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____ September 6, 2011 _____, at __11:45 am__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint
on
_____ Cohen & Slamowitz, LLP _____, the Defendant in this action, by delivering to and leaving with _____ Chad Matice _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, ~~personally at the~~ Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __121-1505 Limited Liability Partnership Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __28__   Approx. Wt: __200__   Approx. Ht: __6'0"__
Color of skin: __White__   Hair color: __Brown__   Sex: __Male__   Other: _____

Sworn to before me on this
7th day of September, 2011

DIANE KOEHLER
NOTARY PUBLIC, State of New York
No. 01KO6209736, Albany County
Commission Expires March 23, 2013

Heather Morigerato
**Attny's File No.**
Invoice•Work Order # SP1108825

SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179