IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X

MOHAMMED TIPOO, individually
and on behalf of a class

                              Index No.11-cv-6046

**AFFIDAVIT OF SERVICE
BY MAIL**

        Plaintiff,

v.

COHEN & SLAMOWITZ, LLP

        Defendant.
-----------------------------------------------------X

     Shimshon Wexler declares under the penalty of perjury that on September 26th, 2011, I mailed a copy of the Amended Class Action Complaint upon Cohen & Slamowitz, LLP by placing it in an envelope with proper postage and depositing it into the custody of the United States Postal Service. The address of Cohen & Slamowitz, LLP is 199 Crossways Park Drive in Woodbury, New York 11797.

I hereby declare under the penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       October 11th, 2011

                                           Shimshon Wexler
                                           2710 Broadway, 2FL
                                           New York, NY 10025
                                           (212)760-2400
                                           (917)512-6132 fax
                                           swexleresq@gmail.com