IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

MOHAMMED TIPOO, on behalf
of himself and all others similarly situated

                                  Index No.11-cv-6046 RJS

### AFFIDAVIT OF SERVICE BY MAIL

        Plaintiff,

v.

COHEN & SLAMOWITZ, LLP

        Defendant.

-------------------------------------------------------X

      Shimshon Wexler declares under the penalty of perjury that on October 18th, 2011, I mailed a copy of the order in this case by Judge Sullivan dated 10/13/2011 upon Cohen & Slamowitz, LLP by placing it in an envelope with proper postage and depositing it into the custody of the United States Postal Service and mailing it to their attorney Wendy Shepps, Esq.. The address of Wendy Shepps, Esq. is 39 Broadway, 34th Floor in New York, New York 10006.

I hereby declare under the penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
        October 18th, 2011

                                    Shimshon Wexler
                                    2710 Broadway, 2FL
                                    New York, NY 10025
                                    (212)760-2400
                                    (917)512-6132 fax
                                    swexler@collectorabuselaw.com