LITTLETON, JOYCE, UGHETTA, PARK & KELLY LLP
Wendy B. Shepps (WS-1207)
*Attorneys for Defendant Cohen & Slamowitz, LLP*
39 Broadway, 34th Floor
New York, New York 10006
(212) 404-5777

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X

| | |
|---|---|
| MOHAMMED TIPOO, <br> on behalf of himself and the class <br><br> Plaintiff, <br><br> - against - <br><br><br> COHEN & SLAMOWITZ, LLP <br><br> Defendant. | **11-CV-6046** <br><br><br> **Rule 7.1 Statement** |

-----------------------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and in order to enable the judges and magistrate judges of the Court to evaluate possible disqualification or recusal, defendant COHEN & SLAMOWITZ, LLP, hereby certifies that there are no corporate parents, affiliates and/or subsidiaries of said party in which securities or other interests are publicly traded or held.

Dated: New York, New York
October 20, 2011

                                          Respectfully Yours,

                                          **LITTLETON, JOYCE, UGHETTA,**
                                          **PARK & KELLY LLP**

                                        By:_____
                                          Wendy B. Shepps (WS1207)
                                          *Attorneys for Defendant*
                                          COHEN & SLAMOWITZ, LLP
                                          39 Broadway, 34th Floor
                                          New York, New York 10006
                                          (212) 404-5777
                                          File No.: 07883.00060


TO:    Shimshon Wexler
          *Attorneys for Plaintiff*
          2710 Broadway, 2nd Floor
          New York, New York 10025