UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOHAMMED TIPOO,

               Plaintiff,

-v-

COHEN & SLAMOWITZ, LLP,

               Defendant.

No. 11 Civ. 6046 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that the status conference scheduled for November 18, 2011, is adjourned until Wednesday, December 7, 2011, at 9:45 a.m.

SO ORDERED.

Dated:    November 16, 2011
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-17-11