UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOHAMMED TIPOO,

                        Plaintiff,

    -v-                                                No. 11 Civ. 6046  (RJS)
                                                            ORDER
COHEN & SLAMOWITZ, LLP,

                        Defendant.


RICHARD J. SULLIVAN, District Judge:

        The Court has received Plaintiff's acceptance of Defendant's offer of judgment pursuant

to Rule 68 of the Federal Rules of Civil Procedure.  Accordingly, IT IS HEREBY ORDERED

that this case is dismissed with prejudice but without costs.

SO ORDERED.

Dated:        November 18, 2011
              New York, New York

                                        _____
                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-18-11