UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X------------------------------------------------------------X
MOHAMMED TIPOO, on behalf of himself
and the class,

                Plaintiff,

    -against-

COHEN & SLAMOWITZ, LLP,
                Defendant.
X------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/11

11 CIV 6046 (RJS)

**RULE 68 JUDGMENT**

Whereas defendant having offered to allow judgment to be taken against it by plaintiff in the total amount of $1,200.00, plus accrued costs, disbursements and reasonable attorney's fees incurred by the plaintiff, it is,

**ORDERED, ADJUDGED, AND DECREED**, That plaintiff have judgment in the amount of $1,200.00 as against the defendant. Accrued costs, disbursements and reasonable attorney's fees to be decided by the Court either by motion or stipulation.

**DATED:** New York, New York
          November 21, 2011

RUBY J. KRAJICK
_____
Clerk of Court
BY: _____
Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____