UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| MOHAMMED TIPOO,<br>on behalf of himself and the class | 11-CV-6046 |
| Plaintiff, | |
| - against - | **STIPULATION OF<br>DISCONTINUANCE<br><u>WITH PREJUDICE</u>** |
| COHEN & SLAMOWITZ, LLP | |
| Defendant. | |

-----------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above entitled action be, and the same hereby is discontinued with prejudice and without costs to any party as against any other party.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-15-11
```

It is further stipulated and agreed that the Court retains jurisdiction over the settlement of this matter.

Dated: New York, New York
December 7, 2011

**LITTLETON, JOYCE, UGHETTA, PARK & KELLY LLP**

By: _____
Wendy B. Shepps (1207)
*Attorneys for Defendants*
39 Broadway, 34th Floor
New York, New York 10006

**THE LAW OFFICES OF SHIMSHON WEXLER, PC**

By: _____
Shimshon Wexler
*Attorneys for Plaintiff*
2710 Broadway, 2nd Floor
New York, New York 10025

**SO ORDERED:**
_____
USDJ
12/15/11