IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X
MOHAMMED TIPOO, on behalf
of himself and all others similarly situated

             Index No.11-cv-6046 RJS

             **AFFIDAVIT OF SERVICE**
             **BY MAIL**

    Plaintiff,

 v.

COHEN & SLAMOWITZ, LLP

    Defendant.
---------------------------------------------------X

  Shimshon Wexler declares under the penalty of perjury that on January 9th, 2012 I mailed and emailed upon:
Cohen & Slamowitz, LLP's attorney Wendy Shepps, Esq. at 39 Broadway, 34th Floor in New York, New York 10006 and
Mohammed Tipoo at 2576 36th St. Apt. 1F in Astoria, New York 11103 a copy of the following documents:

1-The letter to Judge Sullivan requesting a pre-motion conference;
2-The motion for the withdrawal as attorney for plaintiff;
3-The Declaration of Shimshon Wexler;
4- The proposed order in this case
I hereby declare under the penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
   January 9th, 2012

                  /s/ Shimshon Wexler
                  _____
                  Shimshon Wexler