UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-11-12
```

MOHAMMED TIPOO,

          Plaintiff,

-v-

COHEN & SLAMOWITZ, LLP,

          Defendant.

No. 11 Civ. 6046 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    On November 18, 2011, after receiving Plaintiff's acceptance of Defendant's offer of judgment, the Court dismissed this action with prejudice but without costs. The Court is now in receipt of a submission from Plaintiff's counsel, dated January 9, 2012, seeking (i) leave to withdraw as counsel of record, and (ii) attorney's fees from Defendant in the amount of $1,800. IT IS HEREBY ORDERED that by January 18, 2012, Defendant shall (i) advise the Court as to whether it opposes counsel's motion to withdraw as counsel, and (ii) respond to Plaintiff's motion to obtain a judgment against Defendant in the amount of $1,800.

SO ORDERED.

Dated:    January 11, 2012
             New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE