LITTLETON, JOYCE, UGHETTA, PARK & KELLY LLP
Wendy B. Shepps (WS-1207)
*Attorneys for Defendant Cohen & Slamowitz, LLP*
39 Broadway, 34th Floor
New York, New York 10006
(212) 404-5777
wendy.shepps@littltonjoyce.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
MOHAMMED TIPOO,                                        :
on behalf of himself and the class                     :   **11-CV-6046**
                                                       :
                        Plaintiff,                     :
                                                       :
            - against -                                :
                                                       :
COHEN & SLAMOWITZ, LLP                                 :
                                                       :
                        Defendant.                     :
-----------------------------------------------------------------------------X

### COHEN & SLAMOWITZ, LLP'S NOTICE OF CROSS-MOTION
### TO ENFORCE SETTLEMENT AGREEMENT

COMES NOW, COHEN & SLAMOWITZ LLP by and through its counsel Littleton Joyce Ughetta Park & Kelly LLP, seeking to enforce a settlement entered into between the parties on December 2, 2011.

- 2 -

Dated: New York, New York
       January 18, 2012

                            Respectfully submitted,

                            */s/ Wendy B. Shepps*

                            WENDY B. SHEPPS  (WS1207)
                            LITTLETON JOYCE UGHETTA PARK & KELLY LLP
                            Attorneys for , LLP
                            39 Broadway, 34th Floor
                            New York, New York 10006
                            Tel:     (212) 404-5777

- 3 -

## CERTIFICATE OF SERVICE

I certify that on January 18, 2012, that the foregoing Cross-Motion to Enforce Settlement was filed and uploaded to the CM/ECF system which will send a notice of electronic filing to the following:

Shimshon Wexler
*Attorneys for Plaintiff*
2710 Broadway, 2nd Floor
New York, New York 10025

*/s/ Wendy Shepps*

_____
WENDY B. SHEPPS  (WS1207)