# EXHIBIT A

LITTLETON, JOYCE, UGHETTA, PARK & KELLY LLP
Wendy B. Shepps (WS-1207)
*Attorneys for Defendant Cohen & Slamowitz, LLP*
39 Broadway, 34th Floor
New York, New York 10006
(212) 404-5777

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

MOHAMMED TIPOO,                                     :
on behalf of himself and the class,                  : **11-CV-6046**
                                                     :
                    Plaintiff,                       :
                                                     :
         - against -                                 :
                                                     :
                                                     :
COHEN & SLAMOWITZ, LLP,                              :
                                                     :
                    Defendant.                       :
-------------------------------------------------------------------X

## OFFER OF JUDGMENT

TO:    Shimshon Wexler
       Attorneys for Plaintiff
       2710 Broadway, 2nd Floor
       New York, New York 10025


COHEN & SLAMOWITZ, LLP offers to allow judgment to be taken against it in this

matter in the sum of $ 1,200.00 (One Thousand Two Hundred Dollars), plus accrued costs,

disbursements and reasonable attorney's fees incurred by the Plaintiff. This offer will be deemed

withdrawn unless you serve a written notice of acceptance of the offer within 10 days of

2077179.1

the date that it was served on you.

Dated:  New York, New York
         November 10, 2011

                              Respectfully Yours,

                              **LITTLETON, JOYCE, UGHETTA,
                              PARK & KELLY LLP**


                         By:_____
                              Wendy B. Shepps (WS1207)
                              Attorneys for Defendant
                              COHEN & SLAMOWITZ, LLP
                              39 Broadway, 34th Floor
                              New York, New York 10006
                              (212) 404-5777
                              File No.: 07883.00060


TO:    Shimshon Wexler
       Attorneys for Plaintiff
       2710 Broadway, 2nd Floor
       New York, New York 10025

2077179.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X

MOHAMMED A TIPOO                           Case No.:11-cv-6046(RJS) (GWG)


                    Plaintiff,


        v.


COHEN & SLAMOWITZ, LLP


                    Defendant.
-------------------------------------------X

---

### PLAINTIFF'S ACCEPTANCE OF
### DEFENDANT"S RULE 68 OFFER OF JUDGMENT

TO DEFENDANT COHEN & SLAMOWITZ, LLP AND TO ITS ATTORNEY
OF RECORD:

        Pursuant to Federal Rule of Civil Procedure 68, Plaintiff Mohammed
Tipoo hereby submits this acceptance of the Offer of Judgment made by
Defendant Cohen & Slamowitz, LLP ("Defendant") which was served on
Plaintiff's attorney on November 16th, 2011. A copy of Defendant's Offer is
filed herewith.

        1.      Plaintiff accepts Defendant's Offer of Judgment on November
17th, 2011 which is within 10 days of the date it was served upon Plaintiff's
counsel. This is the time allotted by the Defendant in its offer.

        2.      According to Defendant's Offer, Defendant allows judgment to
be taken against Defendant and in favor of Plaintiff Mohammed Tipoo.

        3.      Pursuant to that Offer, Plaintiff hereby accepts the following:

a.    Judgment shall be entered in the amount of $1,200.00 for Plaintiff as
against the Defendant;

b.     Accrued costs, disbursements and reasonable attorney's fees to be decided by the Court either by motion or stipulation.


Dated:  New York, New York
        November  17th  2011

                                        THE PLAINTIFF


                        By:_____
                            Shimshon Wexler
                            The Law Offices of Shimshon Wexler, PC
                            2710 Broadway, 2nd Floor
                            New York, New York 10025
                            (212)760-2400
                            (917) 512-6132 (FAX)
                            swexleresq@gmail.com


Via regular mail, fax and email:

Littleton, Joyce, Ughetta, Park & Kelly, LLP
Wendy B. Shepps
39 Broadway, 34th Floor
New York, New York 10006
wendy.shepps@littletonjoyce.com
(212)232-0088 (FAX)


                        CERTIFICATE OF SERVICE

        I, Shimshon Wexler, am an attorney admitted to practice before this court, and I certify that on_Nov 17 11___ I electronically filed with the United States District Court for the Southern District of New York a copy of the foregoing.

        I certify that this statement is true. I understand that if the foregoing statement is willfully false, I am subject to punishment.


                        _____
                            Shimshon Wexler