# EXHIBIT B

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X------------------------------------------------------X
MOHAMMED TIPOO, on behalf of himself
and the class,

                Plaintiff,

      -against-

COHEN & SLAMOWITZ, LLP,
              Defendant.
X------------------------------------------------------X

11 CIV 6046 (RJS)

RULE 68 JUDGMENT

Whereas defendant having offered to allow judgment to be taken against it by plaintiff in the total amount of $1,200.00, plus accrued costs, disbursements and reasonable attorney's fees incurred by the plaintiff, it is,

**ORDERED, ADJUDGED, AND DECREED**, That plaintiff have judgment in the amount of $1,200.00 as against the defendant. Accrued costs, disbursements and reasonable attorney's fees to be decided by the Court either by motion or stipulation.

DATED: New York, New York
             November 21, 2011

                                                  RUBY J. KRAJICK
                                                  Clerk of Court
                            BY: _____
                                                  Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____