# EXHIBIT C

| Subject: | Re: Tipoo v. Cohen & Slamowitz-- 11-cv-6046 |
| --- | --- |
| From: | shimshonwexler@yahoo.com (shimshonwexler@yahoo.com) |
| To: | Wendy.Shepps@LittletonJoyce.com; |
| Date: | Friday, November 25, 2011 11:56 AM |

Dear Wendy:

I will begin with what is a given. Plaintiff will get $1200. Next, the filing fee in federal court is $350 and the process server charged me $60. Not yet determined is attorney's fees. You had offered $2500 for costs and attorney's fees after I had asked for $4500 in attorneys fees and $410 in costs ($4910).

I am willing to reduce attorney's fees to $3500. My fees of $410 will remain the same. Thus I'm asking for in addition to the $1200 for plaintiff, $3910. The agreement could be confidential. Please let me know.

Thanks,

Shimshon
646-752-1803 (cell)
Sent via BlackBerry from T-Mobile

---

**From:** "Shepps, Wendy" <Wendy.Shepps@LittletonJoyce.com>
**Date:** Wed, 23 Nov 2011 17:02:02 -0500
**To:** Shimshon Wexler<shimshonwexler@yahoo.com>
**Subject:** RE: Tipoo v. Cohen & Slamowitz-- 11-cv-6046

I'm not a fan of negotiating via email, but with the holidays, I figured this was the best way to get in touch with you.

I am authorized to settle this matter for the sum of $2,500 including costs and attorney's fees.
My client will also require confidentiality.

Regards,
Wendy B. Shepps
Direct (973) 744-0872 · Mobile (646) 912-3656
wendy.shepps@littletonjoyce.com

LITTLETON JOYCE
UGHETTA PARK & KELLY LLP
39 Broadway, 34th Floor · New York , NY 10006
Tel (212) 404-5777 · Fax (212) 232-0088
www.littletonjoyce.com

| Subject: | Re: Tipoo |
|----------|-----------|
| From: | Shimshon Wexler (shimshonwexler@yahoo.com) |
| To: | Wendy.Shepps@LittletonJoyce.com; |
| Date: | Thursday, December 1, 2011 12:53 PM |

You understand that that would mean $890 in attorney's fees? I'm preparing the motion for attorney's fees as we speak.

$1,200   for plaintiff
$350     for filing fee
$60      for process server
$890     for attorney's fees

Shimshon

**From:** "Shepps, Wendy" <Wendy.Shepps@LittletonJoyce.com>
**To:** shimshonwexler@yahoo.com
**Sent:** Thursday, December 1, 2011 12:48 PM
**Subject:** Re: Tipoo

$2500 in total.

Wendy B. Shepps

Direct (973) 744-0872 •
Mobile (646) 912-3656
wendy.shepps@littletonjoyce.com

Littleton Joyce
Ughetta Park & Kelly llp

39 Broadway, 34th Floor •
New York, NY 10006

Tel (212) 404-5777 •
Fax (212) 232-0088

www.littletonjoyce.com

**From:** Shimshon Wexler [mailto:shimshonwexler@yahoo.com]
**Sent:** Thursday, December 01, 2011 11:19 AM
**To:** Shepps, Wendy
**Subject:** Re: Tipoo

Wendy, when you said you had authorization for $2,500, it was not clear whether you were saying $2,500 in addition to the $1,200 for plaintiff or $2,500 total, can you please clarify.

Thanks,

Shimshon Wexler, Attorney

THE LAW OFFICES OF SHIMSHON WEXLER, P.C.
2710 Broadway 2FL
New York, New York 10025
Tel: +1.212.760.2400
Fax: +1.917.512.6132
swexler@collectorabuselaw.com

**From:** "Shepps, Wendy" <Wendy.Shepps@LittletonJoyce.com>
**To:** shimshonwexler@yahoo.com
**Sent:** Wednesday, November 30, 2011 12:34 PM
**Subject:** RE: Tipoo

I'm waiting for a call back from my client.

-----Original Message-----
From: shimshonwexler@yahoo.com [mailto:shimshonwexler@yahoo.com]
Sent: Tuesday, November 29, 2011 3:16 PM
To: Shepps, Wendy
Subject: Tipoo

Wendy-  I have to know by tomorrow whether we can agree to fees or
whether I need to make a motion as the motion must be made within 14
days of the judgment which was last Monday. Please let me know, as I
have not heard from you since your last offer and I have some other
questions that a phone conversation could clear up.

Thanks
Sent via BlackBerry from T-Mobile