# EXHIBIT D

| | |
|---|---|
| Subject: | tipoo v. c&S |
| From: | Shimshon Wexler (shimshonwexler@yahoo.com) |
| To: | Wendy.Shepps@LittletonJoyce.com; |
| Date: | Friday, December 2, 2011 3:26 PM |

This email confirms our phone conversation which occurred 3 minutes ago. The entire case will be settled for $3,000 and the agreement will be confidential.

Shimshon Wexler, Attorney

THE LAW OFFICES OF SHIMSHON WEXLER, P.C.
2710 Broadway 2FL
New York, New York 10025
Tel: +1.212.760.2400
Fax: +1.917.512.6132
swexler@collectorabuselaw.com