# EXHIBIT E

# GENERAL RELEASE

**To all to whom these Presents shall come or may Concern, Know That**, Mohammed Tipoo as RELEASOR, in consideration of the sum of Three Thousand Dollars ($3,000.00), received from or on behalf of Cohen and Slamowitz, LLP as RELEASEE, receipt of which is hereby acknowledged, releases and discharges the RELEASEE, as well as every RELEASEE'S past and present partners, associates, principals, shareholders, directors, officers, attorneys, employees, agents, representatives, parents, subsidiaries, affiliates, divisions, predecessors or successors, partnerships or corporations, heirs, executors, administrators, successors, assigns and insurers from all liability actions, causes of action, counterclaims, suits, debts, dues, sums of money, accounts, reckonings, bills, bonds, specialties, contracts, covenants, controversies, agreements, promises, variances, trespasses, judgments, damages, extents, executions, claims and demands whatsoever, in law, admiralty or equity, which against the RELEASEE, the RELEASOR, RELEASOR'S heirs, executors, administrators, successors and assigns ever had, now have or hereafter can, shall or may, have for, upon, or by reasons of any matter, cause or thing whatsoever from the beginning of the world to the day of the date of this RELEASE and more particularly, for any cause of action, arising out of any damages sustained by plaintiff in full and final settlement inclusive of all liens known and unknown.

## CONFIDENTIALITY

The Releasor and his counsel, The Law Offices of Shimshon Wexler, P.C. represent, warrant and covenant that the terms of this Settlement Agreement are confidential. This Settlement Agreement shall not be filed with any Court, except for the purposes of enforcement thereof. In the event that the Releasor or his counsel, receive an inquiry concerning the status or disposition of the Action, the response will be that all claims between the parties have been resolved to the mutual satisfaction of all parties. The nature and terms of this Settlement Agreement shall not be disclosed in said response. The Releasor agrees that he may reveal the terms of this Settlement Agreement to his attorney, taxing authorities or accountant, on an as needed basis, or as otherwise required by law or subpoena.

The words "RELEASOR" and "RELEASEE" include all releasors and all releasees under this **RELEASE**.

This **RELEASE** may not be changed orally.

**In Witness Whereof,** the RELEASOR has hereunto set RELEASOR'S hand and seal on the ___ day of                , 2011.

**In Presence Of**

_____
Mohammed Tipoo

STATE OF NEW YORK, COUNTY OF NEW YORK   ss.:

On                ___, 2011 before me personally came Mohammed Tipoo known to be the individual described in and who executed the foregoing **RELEASE** as his/her own free act and deed.

_____
NOTARY PUBLIC

**In Witness Whereof,** Shimshon Wexler as an authorized representative of The Law Offices of Shimshon Wexler, P.C. and as counsel for plaintiff Mohammed Tipoo has hereunto set his/her hand and seal on the ___ day of                , 2011.

_____
Shimshon Wexler