# EXHIBIT F

**RE: Have you heard anything from your client? Re: Tipoo v. Cohen & Slamowitz**   Hide Details

FROM: Shepps, Wendy
TO: Shimshon Wexler

Tuesday, January 3, 2012 7:07 PM

I'm sorry. I don't have any guidance for you.

**From:** Shimshon Wexler [mailto:shimshonwexler@yahoo.com]
**Sent:** Tuesday, January 03, 2012 9:59 AM
**To:** Shepps, Wendy
**Subject:** Have you heard anything from your client? Re: Tipoo v. Cohen & Slamowitz

Have you heard anything from your client?

Shimshon Wexler, Attorney

THE LAW OFFICES OF SHIMSHON WEXLER, P.C.
2710 Broadway 2FL
New York, New York 10025
Tel: +1.212.760.2400
Fax: +1.917.512.6132
swexler@collectorabuselaw.com

Reply to Shepps, Wendy