UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-14-12
```

MOHAMMED A. TIPOO,

                Plaintiff,

-v-

COHEN & SLAMOWITZ, LLP,

                Defendant.

No. 11 Civ. 6046 (RJS)
<u>ORDER</u>

<u>RICHARD J. SULLIVAN</u>, District Judge:

      By Memorandum and Order dated May 30, 2012, the Court granted the motion of Plaintiff's former counsel, Shimshon Wexler ("Wexler"), for a charging lien in the amount of $1,800, representing the amount of attorney's fees and costs owed "pursuant to an . . . agreement between Wexler and Defendant." The Court also ordered "that Defendant pay to Plaintiff $3,000, consistent with the settlement that the parties entered into on December 2, 2011," and indicated that "[a]fter payment has been transferred, Wexler can then recover by exercising the . . . charging lien in the amount of $1,800." The Court is now in receipt of Wexler's letter, dated June 13, 2012, requesting a pre-motion conference regarding his contemplated motion, presumably against Defendant, for attorney's fees in the amount of $3,600. Because the Court has already ordered Defendant to pay Plaintiff $3,000 – an amount that includes Wexler's negotiated attorney's fees and costs – and because the Court indicated that Wexler could exercise

his charging lien after Defendant pays Plaintiff $3,000, the Court deems made and DENIES Wexler's contemplated motion.

SO ORDERED.

Dated:     June 13, 2012
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

2