UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
MOHAMMED TIPOO,
on behalf of himself and the class                : 11-CV-6046

                Plaintiff,

                                              : **SUBSTITUTION**
           - against -                                   : **OF COUNSEL**

COHEN & SLAMOWITZ, LLP

                Defendant.
-------------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Wendy B. Shepps, Of Counsel to Podvey, Meanor, Catenacci, Hildner, Cocoziello & Chattman, P.C., hereby substitutes in as counsel for Defendant Cohen & Slamowitz, LLP in place of Wendy B. Shepps, Of Counsel to Littleton, Joyce, Ughetta, Park & Kelly, LLP.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-28-12
```

Defendant has knowledge of and consents to the substitution.

| | |
|---|---|
| /s/ Wendy B. Shepps | /s/ Wendy B. Shepps |
| Wendy B. Shepps (WS1207) | Wendy B. Shepps (WS1207) |
| LITTLETON, JOYCE, UGHETTA, PARK & KELLY, LLP. | PODVEY, MEANOR, CATENACCI, HILDNER, COCOZIELLO & CHATTMAN, P.C. |
| 39 Broadway, 34th Floor | 570 Lexington Avenue |
| New York, NY 10006 | New York, New York 10022 |
| (212) 404-5777 | (973) 623-1000 |
| *Withdrawing Attorney* | -and- |
| | One Riverfront Plaza, 8th Floor |
| | Newark, New Jersey 07102 |
| Dated: June 27, 2012 | (212) 432-7419 |
| | wshepps@podvey.com |
| | *Substituting Attorney* |
| | |
| | *(Please reply to Newark address)* |
| | |
| | Dated: June 27, 2012 |

SO ORDERED:

_____
USDJ
6/28/12