UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

Mohammed A Tipoo           Plaintiff,        Case No. 11-cv-6046-RJS

    -against-

Cohen & Slamowitz, LLP     Defendant.
-------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Shimshon Wexler**
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: 0770           My State Bar Number is 4785770

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: The Law Offices of Shimshon Wexler, PC
            FIRM ADDRESS: 2710 Broadway, 2nd Floor, New York, NY 10025
            FIRM TELEPHONE NUMBER: (212)760-2400
            FIRM FAX NUMBER: (917)512-6132

NEW FIRM:   FIRM NAME: The Law Offices of Shimshon Wexler, PC
            FIRM ADDRESS: PO Box 250870, New York, NY 10025
            FIRM TELEPHONE NUMBER: (212)760-2400
            FIRM FAX NUMBER: (917)512-6132

[ ] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[✓] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on 06/13/2012 by Judge Richard J. Sullivan.

Dated: 07/22/2012

_____
ATTORNEY'S SIGNATURE