UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-30-12
```

MOHAMMED A. TIPOO,

            Plaintiff,

-v-

COHEN & SLAMOWITZ, LLP,

            Defendant

No. 11 Civ. 6046 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

On August 24, 2012, the Court received in chambers Plaintiff's letter requesting that the Court order Plaintiff's former attorney, Shimshon Wexler ("Wexler") to: (1) "[r]eturn the case files to [him]"; (2) "[s]end the [settlement] cheque in the amount of $1200"; and (3) "[send a c]opy of the judgment entered against [Defendant] Cohen and Slamowitz." By Order dated August 24, 2012, the Court then directed Wexler to submit a letter by August 31, 2012, "either responding to Plaintiff's requests or indicating that he has fulfilled them."

The Court is now in receipt of Wexler's letter, dated August 30, 2012, in which he indicates that he has sent Plaintiff the case files and a copy of the judgment in this matter. Accordingly, Plaintiff's requests that the Court order Wexler to return the case files and a copy of the judgment are DENIED as moot.

Wexler also indicates in his letter that, despite mailing Plaintiff's "$1,200 share of the settlement to him via certified mail return receipt requested on August 9[th], 2012," the United States Postal Service could not deliver it because Plaintiff had twice rejected its delivery by virtue of the fact that he was not home to accept it. Accordingly, in light of Wexler's attempts to mail the $1,200 settlement amount to Plaintiff certified mail return receipt requested and

Plaintiff's acknowledgment in an email to Wexler that he is "never home" to receive it, IT IS HEREBY ORDERED that, should Plaintiff wish to collect the $1,200 settlement amount currently held by Wexler, Plaintiff shall pick it up in the form of a check from Wexler directly at The Law Offices of Shimshon Wexler, PC.

SO ORDERED.

Dated:          August 30, 2012
                New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

A copy of this Order has been sent to:

M. Tipoo
2576 36th Street
Astoria, NY 11103

Shimshon Wexler (via email)